# Third District Court of Appeal

## State of Florida

Opinion filed November 16, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1357
Lower Tribunal No. 17-5089
_____

**La Fe Nursery & Landscaping, Inc.,**
Appellant,

vs.

**HSBC Bank USA National Association, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Michael A. Hanzman, Judge.

Albert D. Rey, P.A., and Albert D. Rey, for appellant.

Ballaga, Freedman & Atkins, LLP, and Leonard C. Atkins IV, for appellee.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed.